DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FARRIS BROWNE** a/k/a **FARRIS P.C. BROWNE**
a/k/a **FARRIS BROWNE-HALL,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D2022-2898

[January 25, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gunderson and Christopher William Pole, Judges; L.T. Case No. CACE-18-023928.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Bradford Petrino of Lender Legal PLLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***